IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00667-WDM-CBS (consolidated with 04-cv-02507-WDM-CBS)

LINE-TEXT INTERNATIONAL, et al.,

    Plaintiffs,

v.

WESTERN SLOPE INDUSTRIES, INC.,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 22, 2005.

                                            BY THE COURT:

                                            /s/ Walker D. Miller
                                            United States District Judge

PDF FINAL